## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 10-750 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF AN AWARD OF ATTORNEYS' FEES AND COSTS AND SUPPORTING MEMORANDUM

Citizens for Responsibility and Ethics in Washington (CREW), plaintiff in the above-captioned action, respectfully moves the Court to extend its time to file a reply in support of its motion for an award of attorneys' fees and costs to July 11, 2011.  Currently plaintiff's reply is due July 7, 2011.

Plaintiff needs this additional time to prepare its reply in light of the intervening holiday, the pre-existing travel plans of plaintiff's counsel, and other litigation demands plaintiff faces.  As a very leanly staffed organization, CREW has limited in-house litigation support and seeks the additional time here so that it can meet all of its current litigation obligations.  Given that plaintiff's brief will be the last filing on this matter, defendant is not prejudiced by this short extension of two business days.

Pursuant to LCvR 7(m) plaintiff contacted defendant's counsel by telephone on the morning of June 30, 2011, and left a voice mail message indicating CREW was calling to discuss this motion and determine whether defendant opposes the relief plaintiff is seeking.  Plaintiff followed up with an email later that day requested that defendant's counsel call CREW with

defendant's position.  As of the filing of this motion, defendant's counsel has neither returned

CREW's call nor responded to CREW's email.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests that the Court grant this motion.

Respectfully submitted,

*/s/ Anne L. Weismann*
ANNE L. WEISMANN
D.C. Bar No. 434584
MELANIE SLOAN
D.C. Bar No. 434584
Citizens for Responsibility and Ethics in
  Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (202) 408-5565
Facsimile: (202) 588-5020
Dated: June 30, 2011                    Attorney for Plaintiff