# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | C.A. No. 10-750 (JEB) |

## DECLARATION OF GARRETT RUSSO

1. I am Communications Director for Citizens for Responsibility and Ethics in Washington (CREW), plaintiff in the above-captioned action. I submit this declaration in support of CREW's motion for an award of attorney fees and costs.

2. I have served as CREW's communications director since August 2, 2010. In that capacity, I am responsible for, among other things, preparing all of CREW's press releases. CREW posts all of its press releases on its website, www.citizensforethics.org. In addition, I keep a personal electronic file of all press releases I prepare.

3. With the assistance of CREW's New Media Director Benjamin Fortney, I searched all available on-line sites for CREW as well as my personal files to determine whether CREW had issued a press release on August 31, 2010, described in the declaration of Paul C. Colborn at paragraph 21. Based on that review I can confirm CREW did not issue the press release described by Mr. Colborn, nor any other press release related to this matter on August 31, 2010.

4. The language Mr. Colborn cites is nearly identical to the document description CREW posted on its website on September 2, 2010, along with the documents it had just received from

the Department of Justice. Moreover, on October 26, 2010, CREW issued a press release that included language similar to that cited by Mr. Colborn. For the Court's convenience, I attach a copy of the October press release.

I declare under penalty of perjury the foregoing is true and correct.

DATED: July 8, 2011

_____
GARRETT RUSSO



citizens for responsibility and ethics in washington

BUILDING A BETTER WASHINGTON

About Us | Press Kit | Resources | Follow Us:

**GET UPDATES**

SUBSCRIBE

MISSION | SCANDALS & SCOUNDRELS | PRESS | BLOG | VIDEO | POLICY | LEGAL FILINGS

Home > Press

### PRESS

October 26, 2010

## "Found" John Yoo Emails Shed No Light on What Mr. Yoo Did For The Department of Justice

Categories: Federal Agencies, Department of Justice, Press Releases, John Yoo

On August 30, 2010, as part of a lawsuit CREW brought against the Department of Justice (DOJ) for the missing John Yoo emails, DOJ produced 927 pages of emails located in Mr. Yoo's mailbox. While this production suggests DOJ finally may have located what it told the Office of Professional Responsibility several years ago was missing, it sheds no light on Mr. Yoo's role in drafting the torture memos or, indeed, on anything Mr. Yoo may have done while at DOJ. Instead, the vast majority of these 927 pages consists of email traffic regarding Mr. Yoo's frequent stints as a lecturer and the various and sundry articles he published while employed by DOJ. It seems that Mr. Yoo, while on the federal payroll, was busy expanding his credentials for the next job on which he had set his sights – a return to academia.

According to a cover letter accompanying the production, DOJ is withholding 147 documents in full and has 32 other documents in circulation with other entities for referral or consultation. With nothing to guide us on the subject matter or content of these additional documents, we still have no idea what real work Mr. Yoo did for the department or whether he preserved any of his emails dealing with agency business. But at least we know he was really busy speaking to Federalist Societies from coast to coast.

Click here to read the October 22 letter to CREW from Letter from Jacqueline Coleman Snead at the U.S. Department of Justice.

Click here to read the index of withheld documents.

Click here to read the letter to CREW's Chief Counsel Anne Weismann from the U.S. Department of Justice.

Click here to read the emails from John Yoo.

Click here to read the documents CREW received in response to this request.

Citizens for Responsibility and Ethics in Washington (CREW) is a non-profit legal watchdog group dedicated to holding public officials accountable for their actions. For more information, please visit www.citizensforethics.org or contact Garrett Russo at 202.408.5565 or grusso@citizensforethics.org

DISQUS

Add New Comment

CREW Staff

Logout

### Blog

**JULY 05, 2011**
**Off the Sidelines: It's all about Sen. Gillibrand**
Sen. Kirsten Gillibrand's Off the Sidelines campaign is really devoted to empowering Sen. Gillibrand herself.

**JUNE 30, 2011**
**An Unusually Good Day at the FEC**
The FEC has blessed Stephen Colbert's "Colbert Super PAC, and prohibited federal officeholders and candidates from soliciting unlimited...

More Blog Posts >

Scandals & Scoundrels






# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 10-750 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) ) |

## SUPPLEMENTAL DECLARATION OF ANNE L. WEISMANN

1. I am lead counsel for plaintiff Citizens for Responsibility and Ethics in Washington (CREW) in the above-captioned action and submit this supplemental declaration in support of CREW's motion for an award of attorneys' fees and costs.

3. CREW's legal staff consists of me, its chief counsel, and one other senior counsel. With the exception of those cases handled by outside counsel, all litigation-related matters are handled by me, with assistance from Executive Director Melanie Sloan who also performs legal work for CREW.

2. In addition to the time described in my initial declaration in support of CREW's motion, I devoted 14 hours to the preparation of CREW's reply memorandum, which is being filed herewith. As with the time described in my initial declaration, I have exercised billing judgment to reduce the number of hours for which I am seeking reimbursement, including the exclusion of time periods of less than 30 minutes.

3. CREW's summer legal intern also assisted in the preparation of CREW's reply memorandum. CREW seeks reimbursement for 10 hours of her work, at the hourly rate of $135

for law clerks and paralegals authorized by the Laffey matrix. Again, I have exercised billing judgment by cutting significantly the number of hours of her time spent on this matter for which CREW seeks reimbursement.

I declare under penalty of perjury the foregoing is true and correct.

Dated: July 8, 2011

ANNE L. WEISMANN

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 10-750 (JEB)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL DECLARATION OF MELANIE SLOAN

1. I am the executive director of Citizens for Responsibility and Ethics in Washington (CREW), plaintiff in the above-captioned action. I submit this supplemental declaration in support of CREW's motion for an award of attorneys' fees and costs in this matter.

2. In addition to the time described in my initial declaration in support of CREW's motion, I devoted 1.5 hours of time to the preparation of CREW's reply memorandum, which is being filed herewith.

I declare under penalty of perjury the foregoing is true and correct.

July 8, 2011

_____
MELANIE SLOAN